IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:09CV269 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DEFAULT JUDGMENT AND |
| $323,790.00 IN UNITED STATES ) | DECREE OF FORFEITURE |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for Default Judgment and Decree of Forfeiture against the Defendant and any unknown claimants (Filing No. 14). Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, personally or through counsel. No Claimants are present, personally or through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1. A Complaint for Forfeiture was filed herein on August 7, 2009. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant property by the United States Marshal.

2. Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated August 12, 2009.

3. On September 22, 2009, Robert Maceroni, attorney for Irvin Haxhiaj, was personally served notice of the Verified Complaint, Notice of Seizure and Procedure and Warrant In Rem by the United State Marshals Service.

4. No person or entity entitled to the Defendant property has filed a Claim or an Answer to Plaintiff's Complaint within the time fixed by law.

     5.     The Clerk's Entry of Default was entered on November 18, 2009.

     IT IS ORDERED:

     1.     The Motion for Default Judgment and Decree of Forfeiture (Filing No. 14) filed by Plaintiff is hereby sustained

     2.     All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed;

     3.     The Defendant property is forfeited to the United States of America; and

     4.     The Defendant property shall be disposed of by the Drug Enforcement Administration for the District of Nebraska in accordance with law.

     DATED THIS 15th day of December, 2009.

                                 BY THE COURT:

                                 s/Laurie Smith Camp
                                 United States District Judge