IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 8:09CV269 |
| vs. ) | |
| ) | |
| $323,790.00 IN UNITED STATES ) | **ORDER** |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's Motion to amend the previously filed Default Judgment and Decree of Forfeiture dated December 15, 2009 (Filing No. 17).

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 17) is granted; and

2. This Court's Default Judgment and Decree of Forfeiture is hereby amended to reflect the United States Marshals Service is the agency responsible for disposing of the $323,790.00 in United States currency. All other provisions of the Default Judgment and Decree of Forfeiture remain in full force and effect.

DATED this 22nd day of December, 2009.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge